# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-25-00466-CR

**Jacob William Frahm, Appellant**

**v.**

**The State of Texas, Appellee**

---

**FROM THE 466TH DISTRICT COURT OF COMAL COUNTY**
**NO. CR2023-766E, THE HONORABLE STEPHANIE BASCON, JUDGE PRESIDING**

---

# ORDER AND MEMORANDUM OPINION

**PER CURIAM**

Appellant's brief was originally due September 15, 2025. To date, the brief has not been tendered for filing and is overdue. On September 30, 2025, this Court sent a notice to appellant informing him that his brief was overdue and that failure to file a motion for extension of time or a brief accompanied by a motion for extension of time by October 10, 2025, would result in the referral of this case to the trial court for a hearing under Rule 38.8(b) of the Texas Rules of Appellate Procedure.

The appeal is abated and remanded to the trial court. The trial court shall conduct a hearing to determine whether appellant desires to prosecute this appeal and, if so, whether counsel has abandoned this appeal. *See* Tex. R. App. P. 38.8(b)(2), (3). The court shall make appropriate written findings and recommendations. *See id.* R. 38.8(b)(2), (3). If necessary, the

court shall appoint substitute counsel who will effectively represent appellant in this appeal. Following the hearing, which shall be transcribed, the trial court shall order the appropriate supplemental clerk's and reporter's records—including all findings and orders—to be prepared and forwarded to this Court no later than November 21, 2025. *See id.* R. 38.8(b)(3).

It is so ordered November 5, 2025.


Before Justices Triana, Kelly, and Theofanis

Abated and Remanded

Filed: November 5, 2025

Do Not Publish